```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CYNTHIA ALDANA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 1:07-cr-0024 SMS |
| Plaintiff, | ) | |
| | ) | WAIVER OF APPEARANCE AT PRETRIAL |
| v. | ) | STATUS CONFERENCES AND HEARINGS; |
| | ) | AND |
| CYNTHIA ALDANA, | ) | |
| | ) | ORDER THEREON |
| Defendant. | ) | |
| | ) | |

Judge:   Sandra M. Snyder

The undersigned defendant, Cynthia Aldana, having been advised of her right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in his own defense, and to litigate all issues by either jury or court trial, hereby waives her right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including any status conference, motions hearing, trial confirmation, and/or when a continuance is ordered, hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and allow her attorney  to represent her interests at all times.  Defendant further agrees that notice to defendant's attorney

Waiver of Appearance

1  that defendant's presence is required will be deemed notice to the defendant of the

2  requirement of his appearance at said time and place.  This request is made pursuant to Fed.R.Crim.P.

3  43(b)(3).

4      I declare under penalty of perjury that the foregoing is true and correct.

5      EXECUTED this  22d day of February, 2007, at Fresno, California.

7      /s/ Cynthia Aldana
    CYNTHIA ALDANA

8  AGREED BY COUNSEL:

10  DATED:  February 22, 2007     /s/ Ann H. Voris
    ANN H. VORIS
11     Assistant Federal Defender
    Attorney for Defendant
12     CYNTHIA ALDANA

18  IT IS SO ORDERED.

19  **Dated:   February 22, 2007**     **/s/ Sandra M. Snyder**
icido3     UNITED STATES MAGISTRATE JUDGE