McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:07-CR-024 SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| CYNTHIA ALDANA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK J. McKEON, Assistant United States Attorney for Plaintiff and ANN VORIS, attorney for Defendant, that the sentencing hearing currently scheduled for March 30, 2007, at 1:30 p.m. shall be continued until **April 6, 2007, at 1:30 p.m.**

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

Dated March 28, 2007          By    /s/Mark J. McKeon
                                    MARK J. McKEON
                                    Assistant U.S. Attorney


Dated: March 28, 2007               /s/ Ann Voris
                                    ANN VORIS
                                    Attorney for Defendant

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,              )<br>                                   )<br>     v.                            )<br>                                   )<br> CYNTHIA ALDANA,                    )<br>                                   )<br>          Defendant.               )<br>                                   )<br>_____    ) | No. 1:07-CR-024 SMS<br><br>ORDER CONTINUING STATUS<br>CONFERENCE |

Per the parties stipulation, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for March 30, 2007, at 1:30 p.m. shall be continued until **April 6, 2007, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:   **March 29, 2007**                    **/s/ Dennis L. Beck**
3b142a                                    UNITED STATES MAGISTRATE JUDGE