1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CYNTHIA ALDANA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:07-cr-0024 SMS
                                    )
12         Plaintiff,                )   STIPULATION TO CONTINUE REVIEW
                                    )   HEARING;  ORDER
13     v.                           )
                                    )   Old Date: May 22, 2008
14 CYNTHIA ALDANA,                  )   NEW DATE:  June 12, 2008
                                    )   Time:  10:00
15         Defendant.                )   Judge: Hon. Gary S. Austin
                                    )
16 _____ )

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that the review hearing in the above-captioned matter now set for May 22, 2008 before Judge

20 Snyder, **may be continued to June 12, 2008 at 10:00 A.M. before Judge Austin.**

21     This continuance is sought at the request of counsel for defendant as counsel has a prepaid

22 vacation and for further case preparation prior to hearing and will conserve time and resources for both

23 parties and the court.

24 ///

25 ///

26 ////

27 ///

28 ///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for effective defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: May 16, 2008          By:   /s/ Mark McKeon
                                   MARK MCKEON
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


                                   DANIEL J. BRODERICK
                                   Federal Defender


DATED: May 16, 2008          By:   /s/ Ann H. Voris
                                   ANN H. VORIS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   CYNTHIA ALDANA

## O R D E R

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 19, 2008**               /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                      -2-